**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
BURROUGHS

Petitioner,

-against-

LILLEY,

Respondent.
-----------------------------------------------------------X

20 **CIVIL** 4814 (ALC)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 14, 2026, the Petition is denied. A certificate of appealability shall not issue as petitioner has not “made a substantial showing of the denial of a constitutional right.” See 28 U.S.C. § 2253(c)(2). In forma pauperis status is denied for purposes of an appeal; accordingly, the case is closed.

**DATED:** New York, New York
July 16, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** [signature]

**Deputy Clerk**